**Case Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 28, 2018.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-17-00945-CV

**BRAND SERVICES, LLC, BRAND SERVICES, INC., F/K/A BRAND SCAFFOLD SERVICES, INC., AND INCORRECTLY ALLEGED AS F/K/A BRAND SCAFFOLD SERVICES, LLC, BRAND SCAFFOLD BUILDERS, INC., BRAND SCAFFOLD ERECTOR, INC., BRAND SCAFFOLD RENTAL & ERECTION, BRAND ENERGY, INC., BRAND ENERGY SERVICES, LLC, BRAND ENERGY SOLUTIONS, LLC, PROTHERM SERVICES GROUP, LLC, BRAND INDUSTRIAL SOLUTIONS, Appellants**

**V.**

**LONNIE L. MOORE, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-52197**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed November 17, 2017. On June 22, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.